UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO O. RODRIGUEZ,<br>　　　　Petitioner,<br>　v.<br>VICKI HENNESSY,<br>　　　　Respondent. | Case No. 17-cv-06043-HSG (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner, an inmate at the San Francisco County Jail proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 6, 2018, the Court dismissed the petition with leave to amend. The Court directed petitioner to file an amended petition within twenty-eight days. More than twenty-eight days have passed, and petitioner has not filed an amended petition. Accordingly, this case is DISMISSED without prejudice. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 3/21/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge