UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO O. RODRIGUEZ,<br><br>    Petitioner,<br><br>    v.<br><br>VICKI HENNESSY,<br><br>    Respondent. | Case No. 17-cv-06043-HSG (PR)<br><br>**JUDGMENT** |

The action having been dismissed without prejudice, judgment is entered in favor of respondent.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 3/21/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge